

FILED

06/09/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0589

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0589

STATE Of MONTANA

Plaintiff and Appellee,

v.

CLARENCE REDMOND LOGUE JR.,

Defendant and Appellant.

**FILED**

JUN 09 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Self-represented Appellant Clarence Redmond Logue, Jr., moves this Court for leave to file an "official statement" in support of his appeal. Logue also has filed a Motion for Reconsideration of this Court's May 15, 2020 denial of his "Motion for the Admission of Relevant Facts of Evidence . . . ." Appellee State of Montana has filed an objection to Logue's motions, pursuant to M. R. App. P. 16(2).

Upon review of Logue's motions and the State's response, this Court will not grant leave for his instant motion or reconsider any denied motion. As stated in the May Order, Logue's motions are inappropriate for consideration. Any objection in District Court should have been preserved for appeal along with including such facts and legal arguments in the opening brief. M. R. App. P. 12(1). A motion for reconsideration does not exist under Montana law. *Nelson v. Driscoll*, 285 Mont. 355, 359, 948 P.2d 256, 258-59 (1997). We note that the State has since filed its response brief. Logue's reply brief is due on or before June 19, 2020. M. R. App. P. 13(1). Therefore,

IT IS ORDERED that Logue's "Motion for Leave to Submit and File Official Statement in Support of DA 19-0589; and Notice of Appeal for District Court Case No. DV 19-0843(B)" and "Motion for [Reconsideration] of Motion to Admit Relevant Facts of Evidence That Make a Showing of a Lack of Probable Cause to Prosecute in Case No. DC-17-339-B" are all DENIED and DISMISSED WITH PREJUDICE. Logue may file a

separate notice of appeal concerning the Flathead County District Court's ruling about his petition for postconviction relief. Logue needs a final judgment from the court there in order to initiate an appeal. M. R. App. P. 4(1)(a), 4(2)(a), and 6(1). Such notice cannot be buried in a motion filed in his instant appeal.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record and to Clarence Redmond Logue, Jr., along with a copy of this Court's Civil Appellate Handbook for reference and assistance with any other appeal.

DATED this 9th day of June, 2020.

For the Court,

By _____
    Chief Justice